**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BARBARA N. SELLERS** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00101-KGB**

**COMMISSIONER OF,**
**SOCIAL SECRUITY AMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court are the Findings and Recommendation ("Recommendation") of United States Magistrate Judge Patricia S. Harris (Dkt. No. 8). The parties have not filed objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. The Court grants the Commissioner of the Social Security Administration's unopposed motion to remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). This case is remanded in accordance with the terms outlined by the Commissioner. This remand is a sentence four remand. The dismissal of this case is without prejudice to plaintiff Barbara N. Sellers' subsequent filing of a motion for attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

It is so ordered this 4th day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge