**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BARBARA N. SELLERS** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00101 KGB**

**COMMISSIONER OF,**
**SOCIAL SECRUITY AMINISTRATION** **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Barbara N. Sellers' complaint is remanded to the Social Security Administration. Sellers' complaint is remanded without prejudice as to Sellers' ability to file a subsequent motion for attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

It is so adjudged this 4th day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge