**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BARBARA N. SELLERS** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00101 KGB**

**COMMISSIONER OF,**
**SOCIAL SECRUITY AMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court is the plaintiff Barbara N. Sellers' motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A) (Dkt. No. 9). Defendant Commissioner of the Social Security Administration did not respond, and the time to do so has passed. After careful review of the record before it and for good cause shown, the Court determines that $432.50 is an appropriate fee award for attorney fees and paralegal fees in this case (Dkt. No. 10-11). The Court awards to Sellers $432.50 in fees.

It is so ordered this 4th day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge